IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ALEXANDER, | : | |
| Petitioner, | : | CIVIL ACTION |
| vs. | : | NO. 11-CV-2727 |
| BRIAN CORBIN, ET AL. | : | |
| Respondents. | : | |

ORDER

AND NOW, this 3rd day of November, 2011, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge David R. Strawbridge, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED;

3. A certificate of appealability SHALL NOT issue, in that Petitioner has not made a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and,

4. The Clerk of the Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

J. CURTIS JOYNER, C.J.

FILED
NOV - 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk